[No. 63957-9-I.   Division One.   July 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER J. COLUMBO, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 08-1-00484-7, Dave Needy, J., entered July 22, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Spearman, JJ.

[No. 63968-4-I.   Division One.   July 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. HONG PHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00072-5, Mariane C. Spearman, J., entered July 30, 2009. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Grosse, J.

[No. 63974-9-I.   Division One.   July 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY LYNN JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-00545-8, Gregory P. Canova, J., entered July 17, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Schindler and Lau, JJ.

[No. 63979-0-I.   Division One.   July 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY RAY HAAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-07649-7, Hollis R. Hill, J., entered July 28, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, A.C.J., and Schindler, J.